# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Daniel D Lane**  
Debtor(s)

Case No. **21-22168**  
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Daniel D Lane**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **November 4, 2021**

Signature **/s/ Daniel D Lane**  
**Daniel D Lane**  
Debtor

# TRANSCORE

Transcore, LP
4415 Lewis Road
Harrisburg, PA 171..
717-561-5862

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/20/2021 |
| Period End Date | 10/03/2021 |
| Pay Date | 10/08/2021 |
| Document | 5664849 |
| Net Pay | $1,568.60 |

## Pay Details

Daniel Lane
2770 Columbia Ave
Pittsburgh, PA 15221
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 100015013 | Pay Group | TransCore, LP (Biweekly) | |
| SSN | XXX-XX-XXXX | Location | T0126/Allegheny Valley | |
| Job | Technician II | Segment | NETSYS - Network Sftwr & Systms | |
| Pay Rate | $21.3300 | Company Grp | ITS - ITS | |
| Pay Frequency | Biweekly | Department | TC003 - Toll Systems | |
| | | Sub-Dept | TRN532 - PTC Toll Ops | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 64.0000 | $21.3300 | $1,365.12 | $32,935.64 |
| Overtime | 8.0000 | $31.9950 | $255.96 | $8,166.82 |
| Overtime | 16.0000 | $31.9950 | $547.75 | $575.91 |
| Paid Time Off | 16.0000 | $21.3300 | $341.28 | $679.20 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $2,406.13 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $341.28 |
| Float Holiday | 0.0000 | $0.0000 | $0.00 | $79.86 |
| Group Term Life | | | $4.14 | |

Total Hours 104.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $175.71 | $3,157.35 | $0.00 | $0.00 |
| 401K Loan | No | $38.01 | $760.20 | $0.00 | $0.00 |
| Child AD&D | No | $0.09 | $1.80 | $0.00 | $0.00 |
| Child Life | No | $0.42 | $8.40 | $0.00 | $0.00 |
| Dental | Yes | $10.62 | $212.40 | $8.46 | $169.20 |
| EE Sup Life | No | $14.31 | $286.20 | $0.00 | $0.00 |
| FSA Medical | Yes | $50.00 | $1,000.00 | $0.00 | $0.00 |
| Group Term Life | No | $4.14 | $79.86 | $0.00 | $0.00 |
| Mass Trans FSA | Yes | $0.01 | $0.10 | $0.00 | $0.00 |
| Medical | Yes | $73.85 | $1,477.00 | $207.69 | $4,153.80 |
| Parking | Yes | $0.01 | $0.10 | $0.00 | $0.00 |
| Spouse AD&D | No | $0.92 | $18.40 | $0.00 | $0.00 |
| Vision | Yes | $3.69 | $73.80 | $0.00 | $0.00 |
| VOL AD&D | No | $0.92 | $18.40 | $0.00 | $0.00 |
| Vol Sps Life | No | $3.99 | $79.80 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $50.20 | $902.12 |
| Basic AD&D | No | $0.00 | $0.00 | $0.62 | $12.12 |
| Basic EE Life | No | $0.00 | $0.00 | $2.42 | $47.70 |
| EAP | No | $0.00 | $0.00 | $0.36 | $7.20 |
| LTD | Yes | $0.00 | $0.00 | $3.34 | $65.96 |
| STD | Yes | $0.00 | $0.00 | $0.83 | $16.60 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $287.14 | $4,836.82 |
| Employee Medicare | $34.45 | $615.11 |
| Social Security Employee Tax | $147.32 | $2,630.13 |
| PA State Income Tax | $72.82 | $1,299.87 |
| HARMAR | $23.72 | $423.41 |
| HARMAR TWP | $1.81 | $36.20 |
| ALLEGHENY VALLEY SD | $0.19 | $3.80 |
| PA Unemployment Employee | $1.51 | $27.05 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Company Holiday | 0.0000 | 16.0000 |
| Floating Holiday | 0.0000 | 16.0000 |
| Paid Time Off | 4.0000 | 220.0000 |
| Sick pay | 0.0000 | 256.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5778 | Checking | $1,568.60 |
| Total | | $1,568.60 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,514.25 | $2,200.36 | $568.96 | $376.69 | $1,568.60 |
| YTD | $45,184.84 | $39,264.09 | $9,872.39 | $7,173.81 | $28,138.04 |

# TRANSCORE

Transcore, LP
4415 Lewis Road
Harrisburg, PA 17111
717-561-5862

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/06/2021 |
| Period End Date | 09/19/2021 |
| Pay Date | 09/24/2021 |
| Document | 5663382 |
| Net Pay | $1,504.87 |

## Pay Details

| | | | |
|---|---|---|---|
| Daniel Lane | Employee Number 100015013 | Pay Group | TransCore, LP (Biweekly) |
| 2770 Columbia Ave | SSN XXX-XX-XXXX | Location | T0126/Allegheny Valley |
| Pittsburgh, PA 15221 | Job Technician II | Segment | NETSYS - Network Sftwr & Systms |
| USA | Pay Rate $21.3300 | Company Grp | ITS - ITS |
| | Pay Frequency Biweekly | Department | TC003 - Toll Systems |
| | | Sub-Dept | TRN532 - PTC Toll Ops |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 32.0000 | $21.3300 | $682.56 | |
| Regular | 40.0000 | $21.3300 | $912.92 | $31,570.52 |
| Overtime | 8.0000 | $31.9950 | $273.88 | $7,363.11 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $234.63 |
| Holiday | 8.0000 | $21.3300 | $170.64 | $679.20 |
| Double Time | 8.0000 | $42.6600 | $365.17 | $2,406.13 |
| Float Holiday | 0.0000 | $0.0000 | $0.00 | $341.28 |
| Group Term Life | | | $4.14 | $75.72 |

Total Hours 96.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $168.36 | $2,981.64 | $0.00 | $0.00 |
| 401K Loan | No | $38.01 | $722.19 | $0.00 | $0.00 |
| Child AD&D | No | $0.09 | $1.71 | $0.00 | $0.00 |
| Child Life | No | $0.42 | $7.98 | $0.00 | $0.00 |
| Dental | Yes | $10.62 | $201.78 | $8.46 | $160.74 |
| EE Sup Life | No | $14.31 | $271.89 | $0.00 | $0.00 |
| FSA Medical | Yes | $50.00 | $950.00 | $0.00 | $0.00 |
| Group Term Life | No | $4.14 | $75.72 | $0.00 | $0.00 |
| Mass Trans FSA | Yes | $0.00 | $0.09 | $0.00 | $0.00 |
| Medical | Yes | $73.85 | $1,403.15 | $207.69 | $3,946.11 |
| Parking | Yes | $0.00 | $0.09 | $0.00 | $0.00 |
| Spouse AD&D | No | $0.92 | $17.48 | $0.00 | $0.00 |
| Vision | Yes | $3.69 | $70.11 | $0.00 | $0.00 |
| VOL AD&D | No | $0.92 | $17.48 | $0.00 | $0.00 |
| Vol Sps Life | No | $3.99 | $75.81 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $48.10 | $851.92 |
| Basic AD&D | No | $0.00 | $0.00 | $0.62 | $11.50 |
| Basic EE Life | No | $0.00 | $0.00 | $2.42 | $45.28 |
| EAP | No | $0.00 | $0.00 | $0.36 | $6.84 |
| LTD | Yes | $0.00 | $0.00 | $3.34 | $62.62 |
| STD | Yes | $0.00 | $0.00 | $0.83 | $15.77 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $265.67 | $4,549.68 |
| Employee Medicare | $32.93 | $580.66 |
| Social Security Employee Tax | $140.81 | $2,482.81 |
| PA State Income Tax | $69.60 | $1,227.05 |
| HARMAR | $22.67 | $399.69 |
| HARMAR TWP | $1.81 | $34.39 |
| ALLEGHENY VALLEY SD | $0.19 | $3.61 |
| PA Unemployment Employee | $1.44 | $25.54 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Company Holiday | 0.0000 | 16.0000 |
| Floating Holida | 0.0000 | 16.0000 |
| Paid Time Off | 4.0000 | 232.0000 |
| Sick pay | 0.0000 | 256.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5778 | Checking | $1,504.87 |
| Total | | $1,504.87 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,409.31 | $2,102.79 | $535.12 | $369.32 | $1,504.87 |
| YTD | $42,670.59 | $37,063.73 | $9,303.43 | $6,797.12 | $26,570.04 |

# TRANSCORE

Transcore, LP
4415 Lewis Road
Harrisburg, PA 17111
717-561-5862

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/09/2021 |
| Period End Date | 08/22/2021 |
| Pay Date | 08/27/2021 |
| Document | 5660467 |
| Net Pay | $1,427.62 |

## Pay Details

Daniel Lane
2770 Columbia Ave
Pittsburgh, PA 15221
USA

| | | | |
|---|---|---|---|
| Employee Number | 100015013 | Pay Group | TransCore, LP (Biweekly) |
| SSN | XXX-XX-XXXX | Location | T0126/Allegheny Valley |
| Job | Technician II | Segment | NETSYS - Network Sftwr & Systms |
| Pay Rate | $21.3300 | Company Grp | ITS - ITS |
| Pay Frequency | Biweekly | Department | TC003 - Toll Systems |
| | | Sub-Dept | TRN532 - PTC Toll Ops |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 40.0000 | $21.3300 | $853.20 | |
| Regular | 40.0000 | $21.3300 | $912.92 | $28,256.70 |
| Overtime | 16.0000 | $31.9950 | $511.92 | $6,577.31 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $234.63 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $508.56 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,699.68 |
| Float Holiday | 0.0000 | $0.0000 | $0.00 | $341.28 |
| Group Term Life | | | $4.14 | $67.44 |

Total Hours 96.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $159.46 | $2,633.27 | $0.00 | $0.00 |
| 401K Loan | No | $38.01 | $646.17 | $0.00 | $0.00 |
| Child AD&D | No | $0.09 | $1.53 | $0.00 | $0.00 |
| Child Life | No | $0.42 | $7.14 | $0.00 | $0.00 |
| Dental | Yes | $10.62 | $180.54 | $8.46 | $143.82 |
| EE Sup Life | No | $14.31 | $243.27 | $0.00 | $0.00 |
| FSA Medical | Yes | $50.00 | $850.00 | $0.00 | $0.00 |
| Group Term Life | No | $4.14 | $67.44 | $0.00 | $0.00 |
| Mass Trans FSA | Yes | $0.00 | $0.08 | $0.00 | $0.00 |
| Medical | Yes | $73.85 | $1,255.45 | $207.69 | $3,530.73 |
| Parking | Yes | $0.00 | $0.08 | $0.00 | $0.00 |
| Spouse AD&D | No | $0.92 | $15.64 | $0.00 | $0.00 |
| Vision | Yes | $3.69 | $62.73 | $0.00 | $0.00 |
| Vol AD&D | No | $0.92 | $15.64 | $0.00 | $0.00 |
| Vol Sps Life | No | $3.99 | $67.83 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $45.56 | $752.39 |
| Basic AD&D | No | $0.00 | $0.00 | $0.62 | $10.26 |
| Basic EE Life | No | $0.00 | $0.00 | $2.42 | $40.44 |
| EAP | No | $0.00 | $0.00 | $0.36 | $6.12 |
| LTD | Yes | $0.00 | $0.00 | $3.34 | $55.94 |
| STD | Yes | $0.00 | $0.00 | $0.83 | $14.11 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $239.66 | $3,984.30 |
| Employee Medicare | $31.09 | $512.38 |
| Social Security Employee Tax | $132.93 | $2,190.88 |
| PA State Income Tax | $65.69 | $1,082.75 |
| HARMAR | $21.40 | $352.69 |
| HARMAR TWP | $1.81 | $30.77 |
| ALLEGHENY VALLEY SD | $0.19 | $3.23 |
| PA Unemployment Employee | $1.37 | $22.56 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Company Holiday | 0.0000 | 24.0000 |
| Floating Holida | 0.0000 | 16.0000 |
| Paid Time Off | 4.0000 | 224.0000 |
| Sick pay | 0.0000 | 256.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5778 | Checking | $1,427.62 |
| Total | | $1,427.62 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,282.18 | $1,984.56 | $494.14 | $360.42 | $1,427.62 |
| YTD | $37,685.60 | $32,703.45 | $8,179.56 | $6,046.81 | $23,459.23 |

# TRANSCORE

Transcore, LP
4415 Lewis Road
Harrisburg, PA 17111
717-561-5862

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/26/2021 |
| Period End Date | 08/08/2021 |
| Pay Date | 08/13/2021 |
| Document | 5659013 |
| Net Pay | $1,121.75 |

## Pay Details

Daniel Lane
2770 Columbia Ave
Pittsburgh, PA 15221
USA

| | | | |
|---|---|---|---|
| Employee Number | 100015013 | Pay Group | TransCore, LP (Biweekly) |
| SSN | XXX-XX-XXXX | Location | T0126/Allegheny Valley |
| Job | Technician II | Segment | NETSYS - Network Sftwr & Systms |
| Pay Rate | $21.3300 | Company Grp | ITS - ITS |
| Pay Frequency | Biweekly | Department | TC003 - Toll Systems |
| | | Sub-Dept | TRN532 - PTC Toll Ops |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 80.0000 | $21.3300 | $1,706.40 | $26,490.58 |
| Overtime | 3.0000 | $31.9950 | $95.98 | $6,065.39 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $234.63 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $508.56 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,699.68 |
| Float Holiday | 0.0000 | $0.0000 | $0.00 | $341.28 |
| Group Term Life | | | $4.14 | $63.30 |

Total Hours 83.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $126.17 | $2,473.81 | $0.00 | $0.00 |
| 401K Loan | No | $38.01 | $608.16 | $0.00 | $0.00 |
| Child AD&D | No | $0.09 | $1.44 | $0.00 | $0.00 |
| Child Life | No | $0.42 | $6.72 | $0.00 | $0.00 |
| Dental | Yes | $10.62 | $169.92 | $8.46 | $135.36 |
| EE Sup Life | No | $14.31 | $228.96 | $0.00 | $0.00 |
| FSA Medical | Yes | $50.00 | $800.00 | $0.00 | $0.00 |
| Group Term Life | No | $4.14 | $63.30 | $0.00 | $0.00 |
| Mass Trans FSA | Yes | $0.01 | $0.08 | $0.00 | $0.00 |
| Medical | Yes | $73.85 | $1,181.60 | $207.69 | $3,323.04 |
| Parking | Yes | $0.01 | $0.08 | $0.00 | $0.00 |
| Spouse AD&D | No | $0.92 | $14.72 | $0.00 | $0.00 |
| Vision | Yes | $3.69 | $59.04 | $0.00 | $0.00 |
| VOL AD&D | No | $0.92 | $14.72 | $0.00 | $0.00 |
| Vol Sps Life | No | $3.99 | $63.84 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $36.05 | $706.83 |
| Basic AD&D | No | $0.00 | $0.00 | $0.62 | $9.64 |
| Basic EE Life | No | $0.00 | $0.00 | $2.42 | $38.02 |
| EAP | No | $0.00 | $0.00 | $0.36 | $5.76 |
| LTD | Yes | $0.00 | $0.00 | $3.34 | $52.60 |
| STD | Yes | $0.00 | $0.00 | $0.83 | $13.28 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $159.18 | $3,744.64 |
| Employee Medicare | $24.19 | $481.29 |
| Social Security Employee Tax | $103.44 | $2,057.95 |
| PA State Income Tax | $51.09 | $1,017.06 |
| HARMAR | $16.64 | $331.29 |
| HARMAR TWP | $1.81 | $28.96 |
| ALLEGHENY VALLEY SD | $0.19 | $3.04 |
| PA Unemployment Employee | $1.08 | $21.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Company Holiday | 0.0000 | 24.0000 |
| Floating Holida | 0.0000 | 16.0000 |
| Paid Time Off | 4.0000 | 220.0000 |
| Sick pay | 0.0000 | 256.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5778 | Checking | $1,121.75 |
| Total | | $1,121.75 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,806.52 | $1,542.17 | $357.62 | $327.15 | $1,121.75 |
| YTD | $35,403.42 | $30,718.89 | $7,685.42 | $5,686.39 | $22,031.61 |